**PETITION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY**

AO 243 (Rev. 2/95)

| UNITED STATES DISTRICT COURT | District | Eastern District of Oklahoma | |
|---|---|---|---|
| Name of Movant    Ricky Leon Dority | Prisoner No.    03636-063 | Case No.    CR-99-9-S | |
| Place of Confinement    FCI    Texarkana, Texas | | **CIV 0 8 - 2 7 9 - F H S** | |

| UNITED STATES OF AMERICA<br>Respondent-Plaintiff | V. | RICKY LEON DORITY<br>Movant-Defendant<br>(name under which convicted) |
|---|---|---|

**MOTION**

1. Name and location of court which entered the judgment of conviction under attack    United States

   Eastern District of Oklahoma

2. Date of judgment of conviction    1999

3. Length of sentence    235 Months Imprisonment & 5 years supervised release.

4. Nature of offense involved (all counts)    One-Count Indictment; charging 18 U.S.C. §922(g)(1)

   felon in possession of a firearm

FILED

JUL 24 2008

WILLIAM B. GUTHRIE
Clerk, U.S. District Court

By: _____

Deputy Clerk

5. What was your plea? (Check one)
   (a) Not guilty    ☒☒X
   (b) Guilty    ☐
   (c) Nolo contendere    ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

   N/A   No plea

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury    XXXX
   (b) Judge only    ☐

7. Did you testify at the trial?
   Yes ☐    No ☒XX

8. Did you appeal from the judgment of conviction?
   Yes ☒☒X    No ☐

AO 243 (Rev. 2/95)

9.  If you did appeal, answer the following:

   (a) Name of court ____U.S. Tenth Circuit Court of Appeals_____

   (b) Result ___Affirmed_____

   (c) Date of result _____May 24, 2000_____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
   Yes ☒    No ☐

11. If your answer to 10 was "yes," give the following information:

   (a) (1) Name of court ___SEE MEMORANDUM IN SUPPORT_____

      (2) Nature of proceeding _____

      _____

      (3) Grounds raised _____

      _____

      _____

      _____

      _____

      (4) Did you receive an evidentiary hearing on your petition, application or motion?

         Yes ☐    No ☐

      (5) Result _____

      (6) Date of result _____

   (b) As to any second petition, application or motion give the same information:

      (1) Name of court ___SEE MEMORANDUM IN SUPPORT_____

      (2) Nature of proceeding _____

      _____

      (3) Grounds raised _____

      _____

      _____

      _____

      _____

AO 243 (Rev. 2/95)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐         No ☐

(5) Result _____

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.          Yes☒☒          No ☐
(2) Second petition, etc.      Yes☒☒          No ☐       SEE MEMORANDUM IN SUPPORT

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

Caution:    If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

AO 243 (Rev. 2/95)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self–incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(h) Denial of right of appeal.

A.  Ground one:  ___Conviction obtained by use of an unconstitutional statute; 18 U.S.C.___

   ___§922(g)(1), in violation of the Second Amendment___

   Supporting FACTS (state *briefly* without citing cases or law)

   ___SEE MEMORANDUM IN SUPPORT___

B.  Ground two:  ___N/A Only one ground.___

   Supporting FACTS (state *briefly* without citing cases or law)

C.  Ground three:  ___N/A___

   Supporting FACTS (state *briefly* without citing cases or law)

AO 243 (Rev. 2/95)

D.  Ground four:  __N/A__ _____

Supporting FACTS (state *briefly* without citing cases or law)

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

The Second Amendment violation was not previously raised because federal courts had

previously held the right was a collective State (Militia) right; on June 26, 2008,

the Supreme Court held the Second Amendment right of the people to keep and bear arms

is, and always has been, an individual right that preexisted the formation of the

United States and the Bill of Rights; Heller v. D.C., 07-290 (6/26/2008).

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?

Yes XXX        No ☐        I filed a §2241 in my district of confinement on this issue.

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

(a) At preliminary hearing  ___Jim McClure, Attorney At Law, 502 Court Street___

_____Muskogee, Oklahoma  74401_____

(b) At arraignment and plea  ___Same_____

(c) At trial _____Same_____

(d) At sentencing _____Same_____

AO 243 (Rev. 2/95)

(e)  On appeal    Same _____

_____

(f)  In any post−conviction proceeding    None − Pro Se _____

_____

(g)  On appeal from any adverse ruling in a post−conviction proceeding    Pro Se _____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ☐       No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐       No ☒

    (a)  If so, give name and location of court which imposed sentence to be served in the future:  _____
          _____ N/A _____

    _____

    (b)  Give date and length of the above sentence: _____

    _____

    (c)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
          Yes ☐       No ☐

    Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

                                                            NO ATTORNEY
                                                  _____
                                                      Signature of Attorney (if any)

    I declare under penalty of perjury that the foregoing is true and correct.  Executed on

    ___ July 22, 2008 _____
            (Date)

                                                  Ricky Leon Dutton
                                                  _____
                                                      Signature of Movant

(7)